IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: EDWARD AARON HARVEY,                    No. C 10-04070 SBA (PR)

                                               **ORDER CLOSING FILE AS OPENED IN**
                                               **ERROR**

_____/

The instant civil rights action was opened with the filing of a document entitled, "Notice of Intent to File Criminal and/or Civil Complaint and for Declaratory and/or Injunctive Relief," by Plaintiff referencing Case No. C 10-0019 RMW, which he claims is his "pending case" before this Court.

The Court's electronic database indicates that Case No. C 10-0019 RMW has been administratively closed. That case contains a document filed by Plaintiff that was "docketed in error" because it should have been filed in his pending criminal case, Case No. 05-CR-00373 RMW.

Upon reviewing the docket in Case No. 05-CR-00373 RMW, the Court notes that Plaintiff filed another copy of the same document filed in this action entitled, "Notice of Intent to File Criminal and/or Civil Complaint and for Declaratory and/or Injunctive Relief," on July 29, 2010 in his criminal case (docket no. 115 in Case No. 05-CR-00373 RMW). Therefore, this action was opened in error as Plaintiff meant to file this document in Case No. 05-CR-00373 RMW.

Accordingly, this action is DISMISSED as opened in error.          Because the instant case was opened in error, no filing fee will be due in connection with the above-referenced action.

The Clerk of the Court shall administratively close the file, and file the aforementioned document entitled, "Notice of Intent to File Criminal and/or Civil Complaint and for Declaratory and/or Injunctive Relief" (docket no. 1) in Case No. 05-CR-00373 RMW. The Clerk is directed to docket it as a "Duplicate Copy" of the document filed on July 29, 2010 (docket no. 115 in Case No. 05-CR-00373 RMW), and indicate that it was filed on September 10, 2010, the date it was marked as filed in the instant case.

United States District Court
For the Northern District of California

The Clerk of the Court shall close the file in the present case and terminate all pending motions as moot, including Plaintiff's motion entitled, "Combined Motion for Temporary Restraining Order, Preliminary Injunction, and Other Appropriate Relief" (docket no. 5).

This Order terminates Docket no. 5.

IT IS SO ORDERED.

DATED: 11/9/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Harvey4070.OPENEDinERROR.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: EDWARD AARON HARVEY,

    Plaintiff,

  v.

IN RE: EDWARD AARON HARVEY et al,

    Defendant.

           /

Case Number: CV10-04070 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Aaron Harvey 39728-039
Federal Correctional Institution
P.O. Box 1000
Loretto, PA 156940

Dated: November 10, 2010

         Richard W. Wieking, Clerk
         By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Harvey4070.OPENEDinERROR.wpd

**United States District Court**
For the Northern District of California